### 993.   WILSON *v.* COBB.

1. The verdict was not without evidence to support it.
2. Grounds of a motion for a new trial dependent upon facts dehors the record will not be considered, unless approved or certified to be true by the presiding judge.

Distraint, from city court of Leesburg—Judge Long. January 25, 1908.

Submitted March 12,—Decided April 22, 1908.

*H. B. Simmons,* for plaintiff in error. *J. R. Long,* contra.

PowELL, J. The original motion contains only the general grounds; the amendment contains several special grounds. The grounds of the amendment are not verified or approved by the trial judge. The following endorsement, signed by the judge, is not equivalent to an approval: "Read, considered, and allowed." *Williams* v. *State,* 120 *Ga.* 488 (48 S. E. 149) ; *Sindy* v. *State,* 120 *Ga.* 202 (47 S. E. 554) ; *Jackson* v. *State,* 116 *Ga.* 834 (43 S. E. 255).

*Judgment affirmed.*